|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:09-cr-194 |
| | § | Judge Crone |
| ROBERTH WILLIAM | § | |
| VILLEGAS-ROJAS (22) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss (Dkt. #293) and Motion to Dismiss and Alternative Motion for Transfer of Trial to a Court of Proper Venue (Dkt. #305) should be denied.

The Court, having made a *de novo* review of Defendant's Notice of Written Objections to Proposed Findings and Recommendations and Request for *De Novo* Review, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Defendant's Motion to Dismiss (Dkt. #293) and Motion to Dismiss and Alternative Motion for Transfer of Trial to a Court of Proper Venue (Dkt. #305) are **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of September, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE